UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANDRE BAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KODAKO INC., TOBIASKO, INC., KOFRISKO, LLC, and SANGMIN KANG<br><br>Defendants. | Civil Action No.: 4:20-cv-219 |

## UNOPPOSED MOTION TO APPROVE SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Andre Baker, who hereby moves the Court to approve the FLSA Settlement Agreement entered into by the Parties for the reasons more fully assigned in the attached Memorandum of Authorities. Undersigned counsel hereby certifies that counsel for Defendants does not oppose this motion.

Respectfully submitted:

BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

By: /s/ *Scott E. Brady*
      Philip Bohrer
      phil@bohrerbrady.com
      Scott E. Brady
      scott@bohrerbrady.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

      /s/ *Scott E. Brady*