UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANDRE BAKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> KODAKO INC., TOBIASKO, INC., KOFRISKO, LLC, and SANGMIN KANG <br><br> Defendants. | * * * * * * * * * * * * * * <br> Civil Action No.: 4:20-cv-219 |

## JUDGMENT APPROVING SETTLEMENT

Upon consideration of, and for the reasons set forth in Plaintiff's Unopposed Motion to Approve Settlement, and the Court, having determined that the action presents a *bona fide* dispute over FLSA provisions, that the Settlement is fair, reasonable, and adequate and in the best interest of the parties, and that the attorneys' fees and costs sought by Plaintiff's Counsel are fair and reasonable;

IT IS HEREBY ORDERED that the FLSA Settlement Agreement, and all terms and conditions contained therein, be and hereby is APPROVED;

IT IS HEREBY FURTHER ORDERED that Plaintiff shall file a Motion and Order to Dismiss the claims and causes of action of the Named Plaintiff, Andre Baker, and the Opt-In Plaintiffs, Kira Boyle, Lisa Valencia, Andrew Womack, Blake Cash, Ron Scott and Asia Taylor, with prejudice, after all payments are made under the terms of the Settlement Agreement and in accordance with the Payment Schedule set forth in Exhibit "C" of the Settlement Agreement.

Sherman, Texas this _____ day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT

**EXHIBIT "A"**