|  | Unpaid OT | Liquidated | Individual Recoveries |
|---|---|---|---|
| Boyle | $453.88 | $226.94 | $680.82 |
| Baker | $8,219.07 | $4,109.54 | $12,328.61 |
| Valencia | $3,327.50 | $1,663.75 | $4,991.25 |
| Womack | $225.00 | $112.50 | $337.50 |
| Cash | $666.13 | $333.07 | $999.20 |
| Scott | $1,277.50 | $638.75 | $1,916.25 |
| Taylor | $140.00 | $70.00 | $210.00 |
|  | $14,309.08 | $7,154.54 | $21,463.62 |

EXHIBIT "B"