|  | Initial Payment | Payment 90 days after Initial Payment | Payment 180 days after Initial Payment | Payment 270 days after Initial Payment | Payment 360 days after Initial Payment | Total |
|---|---|---|---|---|---|---|
|  | $11,703.84 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $35,703.84 |
|  |  |  |  |  |  |  |
| Boyle | $223.18 | $114.41 | $114.41 | $114.41 | $114.41 | $680.82 |
| Baker | $4,041.36 | $2,071.81 | $2,071.81 | $2,071.81 | $2,071.81 | $12,328.61 |
| Valencia | $1,636.15 | $838.78 | $838.78 | $838.78 | $838.78 | $4,991.25 |
| Womack | $110.63 | $56.72 | $56.72 | $56.72 | $56.72 | $337.50 |
| Cash | $327.54 | $167.91 | $167.91 | $167.91 | $167.91 | $999.20 |
| Scott | $628.15 | $322.02 | $322.02 | $322.02 | $322.02 | $1,916.25 |
| Taylor | $68.84 | $35.29 | $35.29 | $35.29 | $35.29 | $210.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Fees | $4,449.93 | $2,281.27 | $2,281.27 | $2,281.27 | $2,281.27 | $13,575.00 |
| Costs | $218.06 | $111.79 | $111.79 | $111.79 | $111.79 | $665.22 |

**EXHIBIT "C"**