# SCOTT E. BRADY

BOHRER BRADY, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email: scott@bohrerbrady.com

## EDUCATION

Louisiana State University (B.A., 1994)
Southern University Law Center (J.D., 1997)

## BAR ADMISSIONS

Louisiana State Bar; United States 5th Circuit Court of Appeals; United States 6th Circuit Court of Appeals; United States 11th Circuit Court of Appeals; United States District Court, Middle District of Louisiana; United States District Court, Western District of Louisiana; United States District Court, Eastern District of Louisiana; United States District Court, Eastern District of Michigan; United States District Court, Western District of Texas; United States District Court, Northern District of Texas; United States District Court, Southern District of Texas; United States District Court, Western District of Oklahoma; United States District Court, District of Colorado; United States District Court, District of New Mexico; United States District Court, Western District of Arkansas; Eastern District of Arkansas, United States District Court; District of North Dakota; Northern District of Indiana; United States District Court, Eastern District of Texas; United States District Court, Western District of Tennessee.

## PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS

Baton Rouge Bar Association
Louisiana Association for Justice
Louisiana State Bar Association
American Association for Justice
National Employment Lawyers Association

## HONORS/ACHIEVEMENTS

Southern University Law Center, 1997
Circado Award, 1994-1996
Outstanding Achievement Award, 1991
Academic Achievement Award, 1995-1997
AV Rated, Martindale Hubbell


EXHIBIT "A"

**SEMINAR PRESENTATIONS**

An Overview of State and Federal Privacy Law; Omerta Legal; March 11, 2017.

Class Actions: An Overview; Omerta Legal; November 13, 2016

**MASS TORT/COLLECTIVE ACTION/CLASS ACTION EXPERIENCE**

    ***In Re: September 25, 1996 Chemical Exposure, Plaquemine, La.***, 18th Judicial District Court, Parish of Iberville, State of Louisiana
Mass Tort – Chemical Exposure

    ***Hilton v. TCI of Louisiana, Inc.***, 18th Judicial District Court, Parish of Iberville, State of Louisiana
Class Action – Late Fee Overcharge

    ***Erwin v. American River Transportation Company, Inc.***, 18th Judicial District Court, Parish of Iberville, State of Louisiana
Mass Tort – Toxic Exposure

    ***Richard P. Ieyoub, Attorney General ex rel. State of Louisiana v. Philip Morris, Inc. et al.***, 14th Judicial District Court, Parish of Calcasieu, State of Louisiana
Recovery of Medicaid and Medicare Benefits

    ***In Re: Propulsid Products Liability Litigation***, Multi District Litigation Docket Number 1355, Eastern District of Louisiana
Mass Tort – Product Liability

    ***Adams v. Environmental Purification Advancement Co., et al.***, United States District Court, Western District of Louisiana
Mass Tort – Toxic Exposure

    ***Dipaola v. Colonial Life & Accident Insurance Company***, 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana
Class Action – Breach of Contract

    ***Oldham, et al. v. The State of Louisiana Through Department of Health and Hospitals***, 18th Judicial District Court, Parish of Iberville, State of Louisiana
Class Action – Toxic Tort

    ***In Re: Industrial Life Insurance Litigation***, MDL No. 1371, United States District Court, Eastern District of Louisiana
Class Action – Discrimination

*Thomas, et al. v. A. Wilbert & Sons, L.L.C., et al.*, 18th Judicial District Court, Parish of Iberville, State of Louisiana
Class Action – Chemical Exposure

*In Re: United Parcel Services, Inc. Excess Value Insurance Coverage Litigation*, United States District Court, Southern District of New York
Class Action – Consumer

*In Re: Custom Bus Litigation*, United States District Court, Eastern District of Louisiana
Mass Tort – Bus Crash

*In Re: Phenylpropanolamine (PPA) Products Liability Litigation*, MDL No. 1407
Mass Tort – Product Liability

*In Re: McDonald's Corp. Promotional Game Litigation*, MDL No. 1437
Class Action - Consumer Fraud

*Jarreau v. Central United Life Insurance Company*, United States District Court, Middle District of Louisiana
Class Action – Denial of insurance benefits

*Doiron v. Conseco Health Insurance Company*, United States District Court, Middle District of Louisiana
Class Action – Denial of insurance benefits

*Lincoln v. Shell Pipeline Company, LP*, United States District Court, Eastern District of Louisiana
Class Action – Hurricane Litigation

*Thomas v. Beverly Enterprises – Arkansas, Inc.*, Circuit Court for Independence County, State of Arkansas
Class Action – Nursing Home Litigation

*Hellmers v. Countrywide Home Loans, Inc.*, United Stated District Court, Eastern District of Louisiana
Class Action – Hurricane Litigation

*In Re: Apple iPod Nano Litigation*, MDL 1754, United States District Court, Northern District of California, San Jose Division
Class Action – Products Liability

*Allen v. All Homecaring*, United States District Court, District of Minnesota,
Collective/Class Action – Unpaid wages

***Crane v. J & M Communications, Inc.,*** United States District Court, Northern District of Texas,
Collective Action – Unpaid wages

***Buberry v. Absolute Care Staffing Health Agency, Inc.,*** United States District Court, Middle District of North Carolina,
Collective/Class Action – Unpaid wages

***Goodwin v. Home Health Care Plus, Inc.,*** First Judicial District of Philadelphia, Court of Common Pleas,
Collective/Class Action – Unpaid wages

***Hollis v. Alston Personal Care Services, Inc.,*** United States District Court, Middle District of North Carolina,
Collective/Class Action – Unpaid wages

***Kilpatrick v. Homeality, LLC,*** United States District Court, Eastern District of Arkansas,
Collective/Class Action – Unpaid wages

***Lee v. Caregivers for Independence, LLC,*** United States District Court, Southern District of Ohio,
Collective/Class Action – Unpaid overtime wages

***Lopez v. El Mirador,*** **Incorporated,** United States District Court, District of New Mexico,
Collective/Class Action – Unpaid overtime wages

***Mayfield-Dillard v. Direct Home Health Care, Inc.,*** United States District Court, District of Minnesota,
Collective/Class Action – Unpaid overtime wages

***McKinstry v. Developmental Essential Services, Inc.,*** United States District Court, Eastern District of Michigan,
Collective/Class Action – Unpaid overtime wages

***Ray v. California Department of Social Services,*** United States District Court, Central District of California,
Collective/Class Action – Unpaid overtime wages

***Scott v. Promptime Home Heathcare Services, Inc.,*** United States District Court, Northern District of Texas,
Collective/Class Action – Unpaid overtime wages

***Scott v. We Care Homes, Incorporated,*** 18th Judicial District Court, Iberville Parish, State of Louisiana,

4

    Collective/Class Action – Unpaid overtime wages

***In Re: OnStar Contract Litigation***, United States District Court, Eastern District of Michigan, Southern Division
Class Action – Contract Litigation

***In Re: Genetically-Modified Rice Litigation***, United States District Court, Eastern District of Missouri
Mass Tort – Contamination of Rice Crop

***In Re: Seroquel Products Liability Litigation***, United States District Court, Middle District of Florida
Mass Tort – Product Liability

***In Re: Gadolinium Based Contrast Agent Products Liability Litigation***, United States District Court, Northern District of Ohio
Mass Tort – Product Liability

***In Re: Human Tissue Product Liability Litigation***, United States District Court for New Jersey
Mass Tort – Product Liability

***Martin v. Liberty Life Insurance Company***, Court of Common Pleas for the Fifth Judicial Circuit, County of Richland, State of South Carolina
Class Action – Discriminatory Sale of Insurance

***Stassi v. Cox Communications Louisiana, L.L.C.***, 18th Judicial District Court, State of Louisiana
Class Action – Inadequate Internet Access

***Runyan v. Life Investors Insurance Company of America***, Circuit Court for Pulaski County, Arkansas
Class Action – Denial of Insurance Benefits

***In Re: AT&T Mobility Wireless Data Services Tax Litigation***, MDL 2142
Class Action – Taxation

***In Re: Denture Cream Products Liability Litigation***, MDL 2051
Mass Tort – Products Liability

***In Re: DirecTV, Inc. Early Cancellation Fee Marketing and Sales Practice Litigation***, MDL 2093
Class Action – Early Termination Fees

***Schormann v. Central United Life Insurance Company***, 18th Judicial District Court, Parish of Iberville, State of Louisiana

    Class Action – Denial of Insurance Benefits

***Bach v. Amedisys***, United States District Court,
    Middle District of Louisiana
    Class Action – ERISA

***In Re: Apple Iphone/Ipod Warranty Litigation***, United States District Court
    Northern District of California
    Class Action – Breach of warranty

***In Re: Syngenta AG MIR162 Corn Litigation***, United States District Court,
    District of Kansas
    Class Action – Contamination of corn crop

***Risperdal and Invega Product Liability Cases***, Superior Court of California,
    County of Los Angeles
    Mass Tort – Product Liability

***In Re: Testosterone Replacement Therapy Products Liability Litigation***,
    United States District Court, Northern District of Illinois
    Mass Tort – Product liability

***Eschete v. Medtronic, Inc.***, 4th Judicial District of Minnesota
    Mass Tort – Defect medical device

***Hetherington v. Omaha Steaks, Inc.***, United States District Court
    District of Oregon
    Class Action – TCPA violations

***Brorman v. Water Transfer, LLC***, United States District Court
    Western District of Texas
    Class Action – Denial of overtime wages

***Blankenship v. Kwick Rentals***, United States District Court,
    Northern District of Texas
    Class Action – Denial of overtime wages

***Spruel v. Professional Transportation, Inc.***, 18th Judicial District Court,
    State of Louisiana
    Employment – Denial of overtime wages, retaliatory discharge

***Fabre v. Malcolm Travel Enterprises, Inc.***, 19th Judicial District Court,
    State of Louisiana
    Employment – non-payment of wages

*Ellis v. Texas Prisoner Transportation Division,* United States District Court
    Western District of Texas
    Employment – denial of overtime pay

*Voisin v. Axis Drilling, Inc.,* United States District Court
    Eastern District of Louisiana
    Employment – WARN Act claims

*Aston v. Global Prisoner Services, Inc.,* Civil Action No.: 5:16-cv-00420-DAE, United States District Court for the Western District of Texas; Employment - denial of overtime pay.

*Daverlynn Kinkead, et al v. Humana, Inc., et al,* Case No. 3:15-cv-01637-JAM, United States District Court for the District of Connecticut; Employment - denial of overtime pay.

*Dana Cooper, et al v. Integrity Home Care, Inc.,* Civil Action No.: 4:16-cv-01293-SWH, United States District Court for the Western District of Missouri; Employment - denial of overtime pay.

*Shalegra Williams, et al v. Albany Advocacy Resource Center, Inc.,* Civil Action No.: 1:16-cv-00216-LJA, United States District Court for the Middle District of Georgia; Employment - denial of overtime pay.

*Marjorie Whitehead, et al v. Lutheran Homes of South Carolina, Inc.,* Civil Action No. 3:16-cv-3937-JFA, United States District Court for the District of South Carolina; Employment - denial of overtime pay.

*Carroll v. SGS North America, Inc.,* Civil Action No. 3:16-cv-00537, United States District Court for the Middle District of Louisiana; TCPA class action

*Cruz v. Royal Water Damage Restoration, Inc.,* Civil Action No. 2:17-cv-04501, United States District Court for the Eastern District of Pennsylvania; Employment – denial of overtime wages

*Smith v. Nursing Care Services, Inc.,* Civil Action No. 2:18-cv-04075, United States District Court for the Eastern District of Pennsylvania; Employment – denial of overtime wages

*Vongkhamchanh v. All Temporaries Midwest, Inc.,* Civil Action No. 17-cv-00976, United States District Court for the District Minnesota; Employment – denial of overtime wages

*Woods v. Integrity Home Care, Inc.*, Civil Action No. 1716-CV13019, Circuit Court of Jackson County, Missouri; Employment – denial of travel time pay

*Formica v. US Environmental, Inc.*, Civil Action No. 2:18-cv-00459, United States District Court for the Eastern District of Pennsylvania; Employment – denial of meal period, travel and overtime wages

*Baraisch, et al. v. Shell Pipeline Company*, Civil Action No. 05-140, United States District Court for the Eastern District of Louisiana; Oil spill class action

*Blankenship v. Kwick Rentals*, Civil Action No. 5:15-cv-01057, United States District Court for the Western District of Oklahoma; Employment – denial of overtime wages

*In Re: DePuy Orthopaedics, Inc. ASR Hip Implant Products*, MDL 2197, United States District Court for the Northern District of Ohio, Western Division; personal injury - product liability case for defective metal-on-metal hip implant

*Noretta Thomas, et al v. A. Wilbert & Sons, L.L.C., Inc.*, Suit No.: 55,127 "B", 18th Judicial District Court; class action regarding vinyl chloride contaminated ground water

*In Re: Bard IVC Filters Products Liability Litigation*, MD-15-02641, United States District Court for the District of Arizona; product liability – defective IVC filters

*In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Product Liability Litigation*, MDL 2570, United States District Court for the Southern District of Indiana; product liability – defective IVC filters

*Migues v. We Care Homes, Inc., et al*, Civil Action No. 19-cv-00976, United States District Court for the Western District of Louisiana; Employment – denial of overtime wages

*Norman v. Neighborhood Healthcare Providers, PLLC*, Civil Action No. 19-cv-00170, United States District Court for the Southern District of Mississippi; Employment – denial of overtime wages

*Floyd v. Native Angels Home Care Agency, Inc., et al*, Civil Action No. 19-cv-00220, United States District Court for the Eastern District of North Carolina; Employment – denial of overtime wages

8

***Dufrese-Reese v. Healthy Minds, Inc., et al.***, Civil Action No. 18-cv-01134, United States District Court for the Western District of Louisiana; Employment – denial of overtime wages

***Brown v. 4Ever Caring, LLC, et al***, Civil Action No. 19-cv-00809, United States District Court for the Middle District of Louisiana; Employment – denial of overtime wages

***Baker v. Kodako, Inc., et al***, Civil Action No. 20-cv-00219, United States District Court for the Eastern District of Texas; Employment – denial of overtime wages

***Tindol v. Quick Change Oil & Lube, Inc., et al***, Civil Action No. 19-cv-00128, United States District Court for the Eastern District of Texas; Employment – denial of overtime wages

***Revalee v. Texas Pride Septic, Inc., et al***, Civil Action No. 20-cv-00549, United States District Court for the Southern District of Texas; Employment – denial of overtime wages

***Lawrence v. A-1 Cleaning & Septic Systems, Inc., et al***, Civil Action No. 19-cv-03526, United States District Court for the Southern District of Texas; Employment – denial of overtime wages

***Landry v. West Ascension Parish Hospital Service District***, Civil Action No. 20-cv-00541, United States District Court for the Middle District of Louisiana; Employment – denial of overtime wages

***Jones v. Mason, et al***, Civil Action No. 20-cv-01039, United States District Court for the Northern District of Texas; Employment – denial of overtime wages

***Green v. Liberty Tire Recycling, LLC***, Civil Action No. 19-cv-03141, United States District Court for the Southern District of Texas; Employment – denial of overtime wages

***Branch v. Brighter Day Health, LLC, et al***, Civil Action No. 19-cv-02189, United States District Court for the Southern District of Texas; Employment – denial of overtime wages

***Cruz v. 3F Technologies, LLC, et al***, Civil Action No. 19-cv-04386, United States District Court for the Southern District of Texas; Employment – denial of overtime wages

***Tolliferreo v. The TJX Companies, et al***, Civil Action No. 18-cv-00036, United States District Court for the Eastern District of Pennsylvania; Employment – denial of overtime wages