**PHILIP BOHRER**
Bohrer Brady, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
*E-Mail: phil@bohrerbrady.com*
*Website: www.bohrerbrady.com*

## *CURRICULUM VITAE*

### Education

University of Southwestern Louisiana, Bachelor of Science Business Administration, 1981

Louisiana State University Law Center, 1984

### Bar Admissions

Admitted to practice in Louisiana (1984) and Texas (1995)

### Federal Court Admissions

U.S. Supreme Court, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Courts for the Eastern and Western Districts of Arkansas; U.S. District Court for the District of Colorado; U.S. District Court for the Southern District of Illinois; U.S. District Court for the Northern District of Indiana; United States District Courts for the Eastern, Middle and Western Districts of Louisiana; U.S. District Court for the Eastern District of Michigan; U.S. District Court for the District of New Mexico; U.S. District Court for the District of North Dakota; U.S. District Court for the Western District of Oklahoma; U.S. District Court for the Western District of Tennessee; U.S. District Court for the Eastern District of Texas, U.S. District Court for the Northern District of Texas; U.S. District Court for the Southern District of Texas; U.S. District Court for the Western District of Texas.

### Martindale-Hubbell

AV rated

### Professional Associations

Louisiana Association for Justice (Board of Governors 1996-1998)

Arkansas Trial Lawyers Association

American Association for Justice

Million Dollar Advocates Forum

Louisiana Super Lawyers (Louisiana, 2008, 2010, 2012 - 2020)

National Employment Lawyers Association

EXHIBIT "B"

## **Complex Litigation Experience Representative Cases**

*Carey Carlene Abbott, et al v. Waste Management, Inc., et al* (and all consolidated cases), Twenty-First Judicial District Court, Parish of Livingston, State of Louisiana - Co-Counsel - property devaluation and nuisance arising out of operation of landfill.

*Abraham v. Exxon Corporation*, 85 F.3d 1126, U.S. Court of Appeal, 5th Circuit, 1996 - co-lead plaintiff - putative class action filed by contract workers claiming ERISA benefits from Exxon. Exxon's Motion for Summary Judgment affirmed on appeal, precertification.

*Accounting Outsourcing, L.L.C., et al v. Verizon Wireless Personal Communications, L.P., et al*, Civil Action No. 03-161-D-M3, **consolidated with** Civil Action Nos. 03-169-D-M3, 03-173-D-M3, 03-198-D-M3, 03-208-D-M3, 03-358-D-M3, 03-406-D-M3, 03-421-D-M3, 03-468-D-M3, 03-725-D-M3, 03-729-D-M3, 03-755-D-M3, 03-824-D-M3 and 03-847-D-M3, United States District Court, Middle District of Louisiana, 329 F.Supp. 2d, 789 and 294 F.Supp.2d 834 - Co-Lead Counsel - putative class actions for unsolicited telefacsimile advertisements pursuant to the TCPA; Ruling on certification in 05-121 at 240 F.R.D. 239, 2006 U.S. Dist. Lexis 95082;

*Anderson v. Dual Drilling*, Civil Action No. 6:95 CV 1853, U.S. District Court, Western District of Louisiana - co-lead counsel - nationwide collective action for unpaid overtime under the Fair Labor Standards Act.

*Aston v. Global Prisoner Services, Inc.,* Civil Action No.: 5:16-cv-00420-DAE, United States District Court for the Western District of Texas; Employment - denial of overtime pay; Ruling on Motion to Dismiss at 2016 U.S. Dist. LEXIS 99106; Ruling on conditional certification at 2016 U.S. Dist. LEXIS 186232.

*George Barasich, et al v. Shell Pipeline Company, L.P., et al*, Civil Action No. 05-140 (and all consolidated cases), United States District Court, Eastern District of Louisiana - Class Counsel - consolidated class action alleging oil spill damage to property; Ruling on certain issues: 2006 U.S. Dist. Lexis 84389.

*Beaulieau Plantation, Inc., et al v. Vector Graphics, Inc.*, No. 33,162, Division "D", Eighteenth Judicial District Court, Parish of West Baton Rouge, State of Louisiana - Co-Lead Counsel - class action for unsolicited telefacsimile advertisements under the TCPA;

*Schenlen Blakes, et al v. Honeywell International, Inc.* (and all consolidated cases), Suit No.: 511,626, Section 23, Nineteenth Judicial District Court, Parish of East Baton Rouge - Co-Lead Counsel - mass joinder arising out of chemical release and exposure;

*Blankenship v. Kwick Rentals*, United States District Court for the Western District of Oklahoma; Civil Action No. 5:15-cv-01057-D; Class Action - Denial of overtime wages; Ruling on Motion to Dismiss at 2016 U.S. Dist. LEXIS 60974; Ruling on conditional certification at 2016 U.S. Dist. LEXIS 122189.

*Dana Cooper, et al v. Integrity Home Care, Inc.*, Civil Action No.: 4:16-cv-01293-SWH, United States District Court for the Western District of Missouri; Employment - denial of overtime pay; conditional certification order at 2017 U.S. Dist. LEXIS 65521

*Crain v. Helmerich & Payne International Drilling Company*, 1992 U.S. Dist. LEXUS 5367, 30 Wage & Hour cases, 1452 Ed. La. 1992 - co-lead counsel - nationwide collective action for unpaid overtime under the Fair Labor Standards Act.

*Display South v. Express Computers*, Nineteenth Judicial District Court, Parish of East Baton Rouge. Class action alleging violation of TCPA for junk faxes. Co-Lead Counsel. Class certification appeal at 961 So.2d 451

*Kelly Donohue, et al v. Francis Services, Inc., et al*, Civil Action No. 04-0170-J-M4, United States District Court, Eastern District of Louisiana, 2004 U.S. Dist. Lexis 9355 (May 25, 2004) - Co-Lead Counsel - collective action for unpaid overtime under the Fair Labor Standards Act; Partial Motion for Summary Judgment Ruling at 2005 U.S. Dist. Lexis 9203; 10 Wage & Hour Cases 2d (BNA) 1052

*Aaron Duke, Jr., et al v. Fugro Chance, Inc., et al*, Civil Action No. CV04-0695-L0, United States District Court, Western District of Louisiana - Co-Lead Counsel - collective action for unpaid overtime under the Fair Labor Standards Act;

*Ellis v. Texas Prisoner Transportation Division*, Civil Action No.: 1:15-cv-00857-SS, United States District Court for the Western District of Texas; Employment - denial of overtime pay.

*Gene & Gene, LLC v. Biopay, LLC*, Civil Action No. 05-0121, U.S. District Court, Middle District of Louisiana; Class action alleging violation of TCPA for junk faxes; Co-Lead Counsel. Class certification ruling at 541 F.3d 318 (5th Cir. 2008); reversed at 541 F.3d 318; Recertified at 2008 U.S. Dist. Lexis 97404; reversed at 624 F.3d 698

*Robert E. Granger, et al v. Georgia Gulf Corporation, et al*, Civil Action No. 01-0356-C-M1, United States District Court, Middle District of Louisiana -Class counsel - class action regarding chemical plant toxic chemical release;

*Michael Hetherington v. Omaha Steaks, Inc, et al*; Civil Action No. 3:13-cv-2152, United States District Court for the District of Oregon; TCPA class action involving unsolicited cell phone calls. Settlement approval at 2016 U.S. Dist. LEXIS 110949.

*In Re: Apple iPod Nano Litigation*, MDL No. 1754, United States District Court, Northern District of California, San Jose Division - Member of Plaintiffs' Steering Committee - class action alleging defect in iPod screen.

*In Re: DePuy Orthopaedics, Inc. ASR Hip Implant Products*, MDL 2197, United States District Court for the Northern District of Ohio, Western Division; personal injury - product liability case for defective metal-on-metal hip implant; Member of Discovery Committee.

*In Re: Educational Testing Service Praxis Principles of Learning and Teaching: Grades*

3

*7-12 Litigation*, MDL No. 1643, United States District Court, Eastern District of Louisiana - Member of Plaintiffs' Steering Committee, Plaintiffs' Compensation Committee and Settlement Class Counsel - nationwide class action for damages resulting from incorrect scoring of teacher certification test; Settlement approval at 447 F.Supp.2d 612 and 2006 U.S. Dist. Lexis 726.

*In Re: Gadolinium Contrast Dyes Products Liability Litigation*, MDL No. 1909; United States District Court, Northern District of Ohio; Re: Personal injury - products liability for gadolinium dye; Member of Discovery Committee;

*Daverlynn Kinkead, et al v. Humana, Inc., et al*, Case No. 3:15-cv-01637-JAM, United States District Court for the District of Connecticut; Employment - denial of overtime pay; Ruling on Motion to Dismiss at 206 F.Supp.3d 751; Ruling on Class Certification at 330 F.R.D. 338;

Plaintiffs' Steering Committee and Liaison Counsel; *In Re: I-110 South DSI, Inc. Spill, Suit No. 449,540, Division "H", Nineteenth Judicial District Court, Parish of East Baton Rouge* - chemical spill class action.

*In Re: McDonald's Corp. Promotional Game Litigation*, MDL No. 1437, Plaintiff's counsel - consumer class action regarding McDonald's game prizes;

*In Re: Phenylpropanolamine (PPA) Products Liability Litigation*, MDL No. 1407, United States District Court, Western District of Washington - Member of Discovery Committee - mass tort involving over-the-counter medications alleged to cause injuries.

*In Re: United Parcel Service, Inc., Excess Value Insurance Coverage Litigation*, MDL Docket No. 1339, Before the Judicial Panel On Multi-District Litigation; member of Executive Counsel Committee - UPS EVIC litigation involving consolidated consumer class actions regarding the alleged improper sale of insurance;

*John Johnson, et al v. Big Lots Stores, Inc.*, Civil Action No. 04-3201 "N"(1), United States District Court, Eastern District of Louisiana - Co-Lead Counsel - putative nationwide collective action pursuant to the FLSA for unpaid overtime; Ruling on venue motion: 2005 U.S. Dist. Lexis 2221; Ruling on decertification: 2007 U.S. Dist. Lexis 96151; and subsequently at 561 F.Supp.2d 567; Findings of Fact: 604 F.Supp. 903 and 14 Wage & Hour Cas. 2d (BNA) 1617; Daubert Rulings: 2008 U.S. Dist. Lexis 35316; 13 Wage & Hour Cas. 2d (BNA) 992).

*George Joseph, et al v. Vulcan Chemicals*, Suit No. 69,443 "B", 23rd Judicial District Court - Member of Plaintiffs' Steering Committee - class action regarding chemical plant toxic chemical vapor release;

*Cary Dale Kelley, et al v. Cal Dive International, Inc., et al*, Civil Action No. 3:13-cv-001, United States District Court for the Southern District of Texas, Galveston Division; denial of overtime pay.

*Margaret J. Lopez, et al v. El Mirador, Incorporated, et al*, Civil Action No. 1:16-cv-01257-RB-KBM, United States District Court for the District of New Mexico; denial of overtime pay.

*Willie B. Martin, et al v. The Liberty Life Insurance Company*, Civil Action No.

00-CP-40-3000, In the Court of Common Pleas for the Fifth Judicial Circuit, County of Richland, State of South Carolina - Class Counsel - consumer class action regarding discriminatory insurance practices;

*Melson v. Directech Southwest, Inc.*, Civil Action No. 07-1087 "F"(1), MDL 1984; United States District Court, Eastern District of Louisiana - Liaison Counsel - Collective action for unpaid overtime for satellite dish installers pursuant to §216(b) of the FLSA.

*Freddie Molden, et al v. Georgia Gulf Corporation*, Civil Action No. 02-01-B-M2, United States District Court, Middle District of Louisiana - Plaintiff's counsel - chemical release;

*Pearson v. Novastar Home Mortgage, Inc.*, Civil Action No. 05-1377-A, United States District Court, Middle District of Louisiana; class action alleging violation of FACTA. Ruling on motion to dismiss at 2006 U.S. Dist. Lexis 36282

*Ray, et al v. California Department of Social Services, et al*, Civil Action No. 2:17-cv-04239-PA-SK, Central District of California; failure to pay overtime to home health care workers employed through Los Angeles County. Appeal of effective date of federal regulation issue at 935 F.3d 703 (9 Cir. Aug. 22, 2019), rehearing denied at 2019 U.S. Dist. LEXIS 30136;

*Runyan v. Trans America Life*, CV-09-2006-3, Circuit Court of Pulaski County, Arkansas; Co-lead counsel; Nationwide class action settlement regarding payment of supplemental cancer policy insurance benefits. Class Counsel. Nationwide settlement affirmed at 2011 ARK 43; 2011 Ark. Lexis 38 (Ark., 2011)

*Salon One, LLC v. Visa U.S.A., Inc., et al*, Case No.: 04CC00677, Superior Court of the State of California for the County of Orange - Class Counsel - nationwide class action for refund of overcharges.

*Brett Stassi, et al v. Cox Communications Louisiana, L.L.C., et al*, Suit No. 56,614 "B", 18th Judicial District Court - Co-Lead Counsel - consumer litigation regarding inadequate internet access;

*Annette Thomas, As Permanent Guardian of the Estate of Helen Cook, An Incapacitated Person, and all others similarly situated vs. Beverly Enterprises, Inc. ,et al*, No. CV-05-143-2, In the Circuit Court of Independence County, Arkansas, Civil Division - Class Counsel - class action alleging violation of nursing home residents' rights; Class certification opinion at 370 Ark. 310; 259 S.W. 3rd 445 (AR 2007);

*Noretta Thomas, et al v. A. Wilbert & Sons, L.L.C., Inc.*, Suit No.: 55,127 "B", 18th Judicial District Court - Member of Plaintiffs' Steering Committee - class action regarding vinyl chloride contaminated ground water;

*Joseph Triguero, et al v. BioProducts of Louisiana, Inc.*, Suit No. 53,269 "A", 18th Judicial District Court, Member of the Plaintiffs' Steering Committee - class action regarding chemical plant toxic chemical vapor release;

*Theresa Eglin White, et al v. City of Opelousas, et al*, Suit No. 94-C-0461-D, Twenty-Seventh Judicial District Court, Parish of St. Landry - Class Counsel - unfunded, mandatory pay increases owed to police and fireman;

*Marjorie Whitehead, et al v. Lutheran Homes of South Carolina, Inc.*, Civil Action No. 3:16-cv-3937-JFA, United States District Court for the District of South Carolina; denial of overtime pay.

*Whitworth v. Chiles Offshore Corporation*, 1992 U.S. Dist. LEXUS 13405, U.S. District Court, Eastern District of Louisiana - co-lead counsel - nationwide collective action for unpaid overtime under the Fair Labor Standards Act.

*Robert Williams v. Treasure Chest Casino, et al*, Civil Action No. 09-3449 "C"(4), United States District Court for the Eastern District of Louisiana; Collective action for unpaid overtime for deck and engineering crew pursuant to §216(b) of FLSA. Settled.

*Shalegra Williams, et al v. Albany Advocacy Resource Center, Inc.*, Civil Action No.: 1:16-cv-00216-LJA, United States District Court for the Middle District of Georgia; Employment - denial of overtime pay;

*Wyatt v. Pride Offshore*, 1996 U.S. Dist. LEXUS 13335; 3 Wage & Hour cases, 2nd (BNA) 892 - co-lead counsel - nationwide collective action for unpaid overtime under the Fair Labor Standards Act.