11:08 AM
01/29/21
Accrual Basis

# BOHRER LAW FIRM, LLC
## Account QuickReport
### All Transactions

### 1070 · WIP - BB

**Baker v. Kodako**

| Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|
| 04/10/20 | 24705 | Cardmember Service | Filing fee - Complaint ($400.00) & SOS research (4.11) | 404.11 | 404.11 |
| 10/14/20 | 25143 | The Mail Bag | NCOA run for mailout | 75.00 | 479.11 |
| 10/19/20 | 25148 | Connelly Press & Copy, Inc. | Envelopes for mailout | 80.81 | 559.92 |
| 10/19/20 | | | Postage for mailout (.50 x 162) | 81.00 | 640.92 |
| 10/19/20 | | | Copies (486 pages at .05 per page) | 24.30 | 665.22 |
| 01/07/21 | 25347 | Wilson, Robertson & Cornelius, PC | Mediation Fee | 0.00 | 665.22 |

**Total Baker v. Kodako**    665.22    665.22

**Total 1070 · WIP - BB**    665.22    665.22

**TOTAL**    665.22    665.22



EXHIBIT "C"