| 1/20/2021 | | Bohrer Brady, LLC | | |
| 2:21 PM | | Slip Listing For Time | | Page 1 |

### Selection Criteria

Clie.Selection    Include: Baker v. Kodako

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 24149<br>2/5/2020<br>WIP<br>Initial interview | TIME | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 24150<br>2/6/2020<br>WIP<br>Research | TIME | Scott E. Brady<br>Research<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 24151<br>2/6/2020<br>WIP<br>T/C with Baker | TIME | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 24152<br>2/6/2020<br>WIP<br>Email to Durham | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 24153<br>2/7/2020<br>WIP<br>Drafting Complaint | TIME | Scott E. Brady<br>Draft<br>Baker v. Kodako | 1.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 600.00 |
| 24154<br>2/7/2020<br>WIP<br>Email to Baker | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 24155<br>2/10/2020<br>WIP<br>Email exchange with Baker | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.33<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 133.33 |
| 24156<br>2/11/2020<br>WIP<br>Review of email from Baker | TIME | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |

EXHIBIT "D"

| 1/20/2021 | Bohrer Brady, LLC | | |
| 2:21 PM | Slip Listing For Time | | Page 2 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 24157     TIME<br>  2/11/2020<br>  WIP<br>  Review/edits to Complaint | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 300.00 |
| 24158     TIME<br>  2/11/2020<br>  WIP<br>  Further review/edits to Complaint | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 300.00 |
| 24159     TIME<br>  2/12/2020<br>  WIP<br>  Email exchange with Bohrer | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 24160     TIME<br>  2/13/2020<br>  WIP<br>  T/C with Cronin | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 24161     TIME<br>  2/13/2020<br>  WIP<br>  T/C with Wilson | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 24162     TIME<br>  2/13/2020<br>  WIP<br>  Email to Durham | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 24163     TIME<br>  2/17/2020<br>  WIP<br>  Review/edits to Complaint | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 300.00 |
| 24164     TIME<br>  2/17/2020<br>  WIP<br>  T/C with Steadnar | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 24165     TIME<br>  2/17/2020<br>  WIP<br>  Further review/edits to Complaint | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 24166     TIME<br>  2/17/2020<br>  WIP<br>  Email to Bohrer | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |

| | | | |
|---|---|---|---|
| 1/20/2021 | Bohrer Brady, LLC | | |
| 2:21 PM | Slip Listing For Time | | Page 3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 24167　　　　　TIME<br>2/18/2020<br>WIP<br>Further review/edits to Complaint | Scott E. Brady<br>Review<br>Baker v. Kodako | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 400.00 |
| 24168　　　　　TIME<br>2/18/2020<br>WIP<br>Email to co-counsel | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 25053　　　　　TIME<br>2/26/2020<br>WIP<br>T/C with client; sending retainer/consent form | Amanda McGowen<br>Conference<br>Baker v. Kodako | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 25054　　　　　TIME<br>2/26/2020<br>WIP<br>Research - obtaining info from Texas Secretary of State; checking pacer for previous lawsuits or bankruptcies | Amanda McGowen<br>Research<br>Baker v. Kodako | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 120.00 |
| 25055　　　　　TIME<br>2/26/2020<br>WIP<br>Review of paycheck stubs from client | Amanda McGowen<br>Review<br>Baker v. Kodako | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 80.00 |
| 25056　　　　　TIME<br>2/27/2020<br>WIP<br>T/C with client re; various entities, owner involvement | Amanda McGowen<br>Conference<br>Baker v. Kodako | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 25057　　　　　TIME<br>2/27/2020<br>WIP<br>Drafting of Complaint; discussion with PB re: case | Amanda McGowen<br>Draft<br>Baker v. Kodako | 1.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 260.00 |
| 25058　　　　　TIME<br>3/3/2020<br>WIP<br>Review of timesheets and paystubs; review/revisions to complaint | Amanda McGowen<br>Review<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 25059　　　　　TIME<br>3/9/2020<br>WIP<br>Review/revisions to Complaint; discussions with PB re payroll, joint employer issues | Amanda McGowen<br>Review<br>Baker v. Kodako | 1.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 260.00 |

1/20/2021  
2:21 PM

Bohrer Brady, LLC  
Slip Listing For Time

Page 4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 23951　　　　TIME<br>3/12/2020<br>WIP<br>Review/edits to Complaint | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 25060　　　　TIME<br>3/12/2020<br>WIP<br>Emails with Scott and Phil; discussion with Scott re: case; revisions to Complaint | Amanda McGowen<br>Correspondence<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 100.00 |
| 25119　　　　TIME<br>3/12/2020<br>WIP<br>Edit Complaint | Philip Bohrer<br>Draft<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 450.00<br>T@1 | 225.00 |
| 25121　　　　TIME<br>3/12/2020<br>WIP<br>Meeting w/ Brady | Philip Bohrer<br>Meeting<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 450.00<br>T@1 | 112.50 |
| 23952　　　　TIME<br>3/16/2020<br>WIP<br>Review/edits to Complaint | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 25061　　　　TIME<br>3/16/2020<br>WIP<br>Emails with PB and SB; further revisions to Complaint | Amanda McGowen<br>Correspondence<br>Baker v. Kodako | 0.70<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 140.00 |
| 25062　　　　TIME<br>3/16/2020<br>WIP<br>Emails and T/C with client re: obtaining approval to file Complaint; discussion about how case will proceed once filed | Amanda McGowen<br>Correspondence<br>Baker v. Kodako | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 25120　　　　TIME<br>3/16/2020<br>WIP<br>Edit complaint | Philip Bohrer<br>Draft<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 450.00<br>T@1 | 225.00 |
| 25063　　　　TIME<br>3/17/2020<br>WIP<br>Preparation of pleadings for filing; filing Complaint | Amanda McGowen<br>Prep Pleadings<br>Baker v. Kodako | 0.80<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 160.00 |

| 1/20/2021 | | Bohrer Brady, LLC | | | |
| 2:21 PM | | Slip Listing For Time | | | Page 5 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 25064<br>4/17/2020<br>WIP<br>Drafting/filing of Notice of Appearance | TIME | Amanda McGowen<br>Draft<br>Baker v. Kodako | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 25065<br>5/18/2020<br>WIP<br>Emails with Shannon and PB re: service on Defendants | TIME | Amanda McGowen<br>Correspondence<br>Baker v. Kodako | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 25066<br>6/15/2020<br>WIP<br>Review of answers from Defendants | TIME | Amanda McGowen<br>Review<br>Baker v. Kodako | 0.70<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 140.00 |
| 25067<br>6/15/2020<br>WIP<br>Review of notice of magistrate availability | TIME | Amanda McGowen<br>Review<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 25068<br>7/1/2020<br>WIP<br>Review of court's scheduling order | TIME | Amanda McGowen<br>Review<br>Baker v. Kodako | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 40.00 |
| 25069<br>7/7/2020<br>WIP<br>Drafting/filing of motion to withdraw as counsel | TIME | Amanda McGowen<br>Draft<br>Baker v. Kodako | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 60.00 |
| 25070<br>7/8/2020<br>WIP<br>Review of notice of deficience re: motion to withdraw | TIME | Amanda McGowen<br>Review<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 25071<br>7/8/2020<br>WIP<br>Email to defense counsel for consent to file Motion to Withdraw | TIME | Amanda McGowen<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>T@1 | 20.00 |
| 23953<br>7/14/2020<br>WIP<br>Email to defense counsel | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |

| 1/20/2021 | Bohrer Brady, LLC | | |
| 2:21 PM | Slip Listing For Time | | Page 6 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 23954   TIME<br>7/14/2020<br>WIP<br>Drafting of initial disclosures | Scott E. Brady<br>Draft<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 23955   TIME<br>7/14/2020<br>WIP<br>Review/edits to initial disclosures | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 23956   TIME<br>7/17/2020<br>WIP<br>Preparation for Rule 26 conference | Scott E. Brady<br>Preparation<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 23957   TIME<br>7/17/2020<br>WIP<br>Rule 26 conference | Scott E. Brady<br>Court<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 23958   TIME<br>8/4/2020<br>WIP<br>Drafting Rule 26 report | Scott E. Brady<br>Draft<br>Baker v. Kodako | 2.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 1000.00 |
| 25122   TIME<br>8/4/2020<br>WIP<br>Edit Rule 26(b) Report | Philip Bohrer<br>Draft<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 450.00<br>T@1 | 225.00 |
| 23959   TIME<br>8/7/2020<br>WIP<br>Email to Choe | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 23960   TIME<br>8/10/2020<br>WIP<br>Email exchange with Choe | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.33<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 133.33 |
| 23961   TIME<br>8/10/2020<br>WIP<br>Review/edits to Rule 26 report | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 23962   TIME<br>8/13/2020<br>WIP<br>Drafting of conditional certification documents | Scott E. Brady<br>Draft<br>Baker v. Kodako | 2.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 1000.00 |

1/20/2021  
2:21 PM

Bohrer Brady, LLC  
Slip Listing For Time

Page   7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 25007<br>8/20/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25008<br>8/20/2020<br>WIP<br>Call with Choe | TIME | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 25009<br>8/24/2020<br>WIP<br>Edit Notice documents | TIME | Scott E. Brady<br>Draft<br>Baker v. Kodako | 0.33<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 133.33 |
| 25010<br>8/24/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25011<br>9/10/2020<br>WIP<br>Review Motion documents | TIME | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 25012<br>9/10/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25013<br>9/11/2020<br>WIP<br>Call to Baker | TIME | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 25014<br>9/11/2020<br>WIP<br>Draft Notice of Mediation | TIME | Scott E. Brady<br>Draft<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 25015<br>9/11/2020<br>WIP<br>Email to Cornnelius | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25016<br>9/30/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |

| | | | | |
|---|---|---|---|---|
| 1/20/2021 | | Bohrer Brady, LLC | | |
| 2:21 PM | | Slip Listing For Time | | Page 8 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 25017<br>10/6/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25018<br>10/8/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25019<br>10/15/2020<br>WIP<br>Review Notice documents | TIME | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 25020<br>10/15/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25021<br>10/15/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25022<br>10/19/2020<br>WIP<br>Review email received from Baker | TIME | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25023<br>10/20/2020<br>WIP<br>Email exchange with Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 25024<br>10/20/2020<br>WIP<br>Call with Choe | TIME | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25025<br>11/6/2020<br>WIP<br>Email to Choe | TIME | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25026<br>11/9/2020<br>WIP<br>Draft discovery | TIME | Scott E. Brady<br>Draft<br>Baker v. Kodako | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 400.00 |

| | | | | |
|---|---|---|---|---|
| 1/20/2021 | | Bohrer Brady, LLC | | |
| 2:21 PM | | Slip Listing For Time | | Page 9 |

| Slip ID / Dates and Time / Posting Status / Description | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 25027 11/10/2020 WIP Email exchange with Cornelius and Choe | TIME | Scott E. Brady Correspondence Baker v. Kodako | 0.25 0.00 0.00 0.00 | 400.00 T@1 | 100.00 |
| 25028 11/12/2020 WIP Email to Choe | TIME | Scott E. Brady Correspondence Baker v. Kodako | 0.10 0.00 0.00 0.00 | 400.00 T@1 | 40.00 |
| 25029 11/16/2020 WIP Email to Choe | TIME | Scott E. Brady Correspondence Baker v. Kodako | 0.15 0.00 0.00 0.00 | 400.00 T@1 | 60.00 |
| 25030 12/3/2020 WIP Call with Choe | TIME | Scott E. Brady Conference Baker v. Kodako | 0.17 0.00 0.00 0.00 | 400.00 T@1 | 66.67 |
| 25031 12/22/2020 WIP Payroll review | TIME | Scott E. Brady Review Baker v. Kodako | 0.50 0.00 0.00 0.00 | 400.00 T@1 | 200.00 |
| 25042 12/29/2020 WIP Time calculations | TIME | Greta Bordelon Miscellaneous Baker v. Kodako | 3.00 0.00 0.00 0.00 | 75.00 T@1 | 225.00 |
| 25043 12/30/2020 WIP Time calculations | TIME | Greta Bordelon Miscellaneous Baker v. Kodako | 2.00 0.00 0.00 0.00 | 75.00 T@1 | 150.00 |
| 25049 12/30/2020 WIP Calls to client re: dates and hours worked | TIME | Greta Bordelon Conference Baker v. Kodako | 0.50 0.00 0.00 0.00 | 75.00 T@1 | 37.50 |
| 25044 1/3/2021 WIP Time calculations | TIME | Greta Bordelon Miscellaneous Baker v. Kodako | 1.50 0.00 0.00 0.00 | 75.00 T@1 | 112.50 |
| 25034 1/4/2021 WIP Review payroll | TIME | Scott E. Brady Review Baker v. Kodako | 0.25 0.00 0.00 0.00 | 400.00 T@1 | 100.00 |

| 1/20/2021 | Bohrer Brady, LLC | | |
| 2:21 PM | Slip Listing For Time | | Page 10 |

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 25033  TIME<br>1/6/2021<br>WIP<br>Email exchange with Bordelon | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 25035  TIME<br>1/6/2021<br>WIP<br>Review payroll | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 25036  TIME<br>1/6/2021<br>WIP<br>Email to Choe | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25037  TIME<br>1/6/2021<br>WIP<br>Meeting with Bordelon | Scott E. Brady<br>Meeting<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 25040  TIME<br>1/6/2021<br>WIP<br>Meeting with SEB | Greta Bordelon<br>Meeting<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 75.00<br>T@1 | 18.75 |
| 25041  TIME<br>1/6/2021<br>WIP<br>Email exchange with SEB | Greta Bordelon<br>Correspondence<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 75.00<br>T@1 | 18.75 |
| 25045  TIME<br>1/6/2021<br>WIP<br>Finalize time calculations | Greta Bordelon<br>Miscellaneous<br>Baker v. Kodako | 1.50<br>0.00<br>0.00<br>0.00 | 75.00<br>T@1 | 112.50 |
| 25038  TIME<br>1/7/2021<br>WIP<br>Email exchange with Choe | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 25039  TIME<br>1/7/2021<br>WIP<br>Call with Choe | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25046  TIME<br>1/8/2021<br>WIP<br>Email individual time calculations to clients for review | Greta Bordelon<br>Correspondence<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 75.00<br>T@1 | 37.50 |

| 1/20/2021 | | Bohrer Brady, LLC | | | |
| 2:21 PM | | Slip Listing For Time | | | Page 11 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 25047<br>1/8/2021<br>WIP<br>Text to clients re: email | TIME | Greta Bordelon<br>Correspondence<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 75.00<br>T@1 | 18.75 |
| 25048<br>1/8/2021<br>WIP<br>Calls to clients re: time calculations | TIME | Greta Bordelon<br>Conference<br>Baker v. Kodako | 0.33<br>0.00<br>0.00<br>0.00 | 75.00<br>T@1 | 25.00 |
| 25032<br>1/9/2021<br>WIP<br>Review of payroll | TIME | Scott E. Brady<br>Review<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 25050<br>1/12/2021<br>WIP<br>Damage model | TIME | Scott E. Brady<br>Miscellaneous<br>Baker v. Kodako | 5.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 2200.00 |
| 25051<br>1/12/2021<br>WIP<br>Drafting of position paper for mediation | TIME | Scott E. Brady<br>Draft<br>Baker v. Kodako | 0.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 300.00 |
| 25052<br>1/12/2021<br>WIP<br>Conference with client | TIME | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 25123<br>1/13/2021<br>WIP<br>Edit Mediation Paper | TIME | Philip Bohrer<br>Draft<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 450.00<br>T@1 | 112.50 |
| 25124<br>1/13/2021<br>WIP<br>Edit demand | TIME | Philip Bohrer<br>Draft<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 450.00<br>T@1 | 75.00 |
| 25126<br>1/13/2021<br>WIP<br>Prepare finalization of position paper | TIME | Scott E. Brady<br>Preparation<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 25127<br>1/13/2021<br>WIP<br>Call with Baker | TIME | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |

| 1/20/2021 | Bohrer Brady, LLC | | |
|---|---|---|---|
| 2:21 PM | Slip Listing For Time | | Page     12 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 25128       TIME<br>1/13/2021<br>WIP<br>Draft demand | Scott E. Brady<br>Draft<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 25129       TIME<br>1/13/2021<br>WIP<br>Call with Choe | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 25130       TIME<br>1/13/2021<br>WIP<br>Call with Choe | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 25131       TIME<br>1/13/2021<br>WIP<br>Call with Choe | Scott E. Brady<br>Conference<br>Baker v. Kodako | 0.17<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 66.67 |
| 25132       TIME<br>1/13/2021<br>WIP<br>Email to Choe | Scott E. Brady<br>Correspondence<br>Baker v. Kodako | 0.25<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 100.00 |
| 25125       TIME<br>1/14/2021<br>WIP<br>Edit Settlement Agreement | Philip Bohrer<br>Draft<br>Baker v. Kodako | 0.50<br>0.00<br>0.00<br>0.00 | 450.00<br>T@1 | 225.00 |
| 25133       TIME<br>1/14/2021<br>WIP<br>Edit settlement documents | Scott E. Brady<br>Draft<br>Baker v. Kodako | 1.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 600.00 |
| 25134       TIME<br>1/15/2021<br>WIP<br>Edit settlement documents | Scott E. Brady<br>Draft<br>Baker v. Kodako | 2.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 800.00 |
| 25136       TIME<br>1/19/2021<br>WIP<br>Edit settlement documents | Scott E. Brady<br>Draft<br>Baker v. Kodako | 0.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 300.00 |
| 25137       TIME<br>1/20/2021<br>WIP<br>Edit settlement documents | Scott E. Brady<br>Draft<br>Baker v. Kodako | 1.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 600.00 |

| | | | | |
|---|---|---|---|---|
| 1/20/2021 | | Bohrer Brady, LLC | | |
| 2:21 PM | | Slip Listing For Time | | Page    13 |

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Grand Total

| | | | |
|---|---|---|---|
| | Billable | 59.61 | 18902.96 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 59.61 | 18902.96 |