# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ANDRE BAKER § | |
| § | |
| v. § | Civil Action No. 4:20-cv-219 |
| KODAKO INC., TOBIASKO, INC., § | Judge Mazzant |
| KOFRISKO, LLC, and SANGMIN KANG § | |
| § | |
| § | |
| § | |

## JUDGMENT APPROVING SETTLEMENT

Pending before the Court is Plaintiff's Unopposed Motion to Approve Settlement (Dkt. #30). Having considered the Motion and the relevant pleadings, the Court finds the Motion should be **GRANTED**. The Court determines this action presents a bona fide dispute over an FLSA provisions, the Settlement is fair, reasonable, and adequate and in the best interest of the parties, and that the attorneys' fees and costs sought by Plaintiff's Counsel are fair and reasonable.

It is hereby **ORDERED** that the FLSA Settlement Agreement is hereby **APPROVED**.

It is further **ORDERED** that Plaintiff shall file a Motion and Order to Dismiss the claims and causes of action of the Named Plaintiff, Andre Baker, and the Opt-In Plaintiffs, with prejudice, after all payments are made under the terms of the Settlement Agreement and in accordance with the Payment Schedule set forth in the Settlement Agreement.

**IT IS SO ORDERED.**
SIGNED this 8th day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE